USA-74-24B
(Rev. 05/01)

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
April 08, 2025
Nathan Ochsner, Clerk of Court

HOUSTON DIVISION

No. 4:24-CR-565S

USAO#: 2021R033322

SUPERSEDING CRIMINAL INDICTMENT Filed: ______ Judge: **Lake**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| NICHOLAS J. GANJEI, USA | (713) 567-9000 |
| SEBASTIAN A. EDWARDS, AUSA | (713) 567-9000 |

| Defendant | | Appt'd | Private |
|---|---|---|---|
| LYNDELL LEROY PRICE (Cts.1,2,3) | | ☐ | ☐ |
| JOHN LEE PRICE (Cts.1,2,3) | | ☐ | ☐ |
| ARMANI WILLIAMS (Cts.1&2) | | ☐ | ☐ |
| MIZIAH SHEPHERD (Cts.1&2) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct 1: Conspiracy to Commit Arson [18 U.S.C. § 844(n) and (i)]
Ct 2: Conspiracy to Commit Arson [18 U.S.C. § 844(i) and 2]
Ct 3: Conspiracy to Use an Interstate Facility to Commit Arson [18 U.S.C. § 1952(a)(3) and 371]

Charges Total Counts (3)

**PENALTY:**
Ct. 1: Not less than 5 year or more than 20 years confinement; $250K fine; three (3) years supervised release.
Ct. 2: Not less than 5 year or more than 20 years confinement; $250K fine; three (3) years supervised release
Ct. 3: Not more than 60 months; $250K fine; three (3) years supervised release.

☐ In Jail

☑ On Bond JOHN LEE PRICE $: »

NAME & ADDRESS
of Surety

☐ No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |