UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | NO. 4:24-CR-565-3 |
| | * | |
| Armani WILLIAMS | * | |
| | * | |
| | * | |

## Unopposed Motion to Continue Motion Filing and Scheduled Dates

Defendant, Armani WILLIAMS, moves this Honorable Court to continue due date Motion Filing and related scheduled dates in Defendant's case by 90 days. In support of this Motion, Defendant states:

1. On April 8, 2025, a Grand Jury indicted Defendant with:

    a. Conspiracy to Commit Arson and

    b. Arson

ECF No. 29.

2. Motion Filing for Mr. Williams is due June 3, 2025. ECF No. 66.

3. Defendant's Counsel requires more time to obtain and review Discovery in the case.

1

4. On July 2, 2025, this Attorney has communicated with the Government, Sebastian Edwards, who advised that the Government is *not* opposed to this motion.

RESPECTFULLY SUBMITTED on July 2, 2025.

/s/ *Paul Matthew Morgan*
Attorney for Defendant Armani WILLIAMS
State Bar No. 24077192
1523 Yale St.
Houston, TX 77008
(Phone) 281 386-9773
(Fax) 713 581-3360
Email: paul@themorganlawfirm.com

DECLARATION OF PAUL MATTHEW MORGAN

I declare under the penalty of perjury that the foregoing is true and correct.

/s/ *PAUL MATTHEW MORGAN*

CERTIFICATE OF CONFERENCE WITH THE GOVERNMENT

I do hereby certify that on May 5, 2025, this Attorney communicated with the Attorneys representing the Government who advised that the Government is *not* opposed to this motion.

## CERTIFICATE OF SERVICE

I do hereby certify that on July 2, 2025, I electronically filed the above motion with Clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court, and I sent the same via e-mail to the attorneys representing the Government at the following addresses:

Sebastian Alexander Edwards
DOJ-USAO
1000 Louisiana St.
Ste 2300
Houston, TX 77584
713-567-9503
Email: sebastian.edwards@usdoj.gov

and

Keri Losen Fuller
DOJ-USAO
Department of Justice
1000 Louisiana St.
Ste 2300
Houston, TX 77002
713-567-9717
Email: keri.fuller@usdoj.gov


/s/ *PAUL MATTHEW MORGAN*
Counsel of Record for Defendant Armani WILLIAMS