United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H–24-565 |
| | § | |
| LYNDELL LEROY PRICE (1) | § | |
| JOHN LEE PRICE (2) | § | |
| ARMANI WILLIAMS (3) | § | |
| MIZIAH SHEPHERD (4) | § | |

## ORDER

Defendant, Armani Williams (3), has filed an Amended Unopposed Motion to Continue Motion Filing and Scheduled Dates (docket no. 83). Although the Motion was filed as unopposed the Certificate of Conference indicates that Defendant, Lyndell Leroy Price (1), is opposed to the Motion.

It is, therefore, **ORDERED** that any Party opposing the Motion (docket no. 83) **SHALL** file an expedited response to Williams' Motion **on or before July 11, 2025.**

**SIGNED** at Houston, Texas, on the 7th day of July, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE