IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UJNITED STATES OF AMERICA, § | |
| § | |
| v. § | C.A. No. 4:24-CR-565-S |
| § | |
| LYNDELL LEROY PRICE, § | |
| § | |
| *Defendant.* § | |

## DEFENDANT LYNDELL LEROY PRICE'S RESPONSE IN OPPOSITION TO DEFENDANT ARMANI WILLIAMS' MOTION FOR CONTINUANCE

Lyndell Leroy Price respectfully files this response in opposition to Armani Williams' Motion for Continuance and in support would show the following:

1. Mr. Lyndell Price was indicted on April 8, 2025. Mr. Lyndell Price was arrested on April 25, 2025. Mr. Lyndell Price has been held in custody pending trial since the date of his arrest.

2. On May 9, 2025, Mr. Lyndell Price filed a Motion to Dismiss and, in the alternative, a Motion to Suppress. *See* Doc. No. 67. The Government filed its response in opposition to Mr. Lyndell Price's Motion to Dismiss and requested a hearing. *See* Doc. No 79-80. At the time of this filing, the Court has not set Mr. Lyndell Price's Motion to Dismiss for hearing or issued a ruling.

3. Mr. Armani Williams filed his initial Motion for Continuance on May 8, 2025. *See* Doc. No. 65. In his motion, Mr. Armani Williams misstated Mr. Lyndell Price's opposition to the motion for continuance. Mr. Armani Williams filed his

1

second Motion for Continuance on July 2, 2025. *See* Doc. No. 82. Mr. Lyndell Price has opposed each continuance filed by Armani Williams. Additionally, Mr. Lyndell Price is asserting his right to a speedy trial pending the Court's ruling on Mr. Lyndell Price's Motion to Dismiss. Accordingly, Mr. Lyndell Price is requesting a hearing or ruling on his timely filed Motion to Dismiss and is diligently asserting his right to trial.

4. It is important to note that Mr. Lyndell Price is currently the only defendant in this matter detained pending trial. The Government has agreed to pre-trial release for the other respective defendants in this matter. Mr. Lyndell Price's continued detention is an oppressive pretrial incarceration considering the previous motions for continuance have come from defendants on pre-trial release and has been unopposed by the Government.

5. As such, Mr. Lyndell Price is opposed to Mr. Armani Williams' second Motion for Continuance because Mr. Lyndell Price requests to be tried promptly following the Court's ruling on Mr. Lyndell Price's Motion to Dismiss.

Therefore, Mr. Lyndell Price respectfully requests that the Court deny Armani Williams' motion for continuance.

Respectfully Submitted,

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu*
State Bar No.: 24081838
Federal ID No.: 2365112
LAW OFFICE OF CHUKWUDI EGBUONU
2202 Ruth Street
Houston, Texas 77004
713.635.9488 (Telephone)
832.426.5792 (Facsimile)
chuck@celawoffice.com

***ATTORNEY FOR LYNDELL PRICE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via electronic mail on this the 11th day of July, 2025, to all counsel of record.

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu