United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | NO. 4:24-cr-00565-1 |
| § | |
| LYNDELL LEROY PRICE § | |

### ORDER

The defendant's unopposed motion to continue hearing in this case is hereby GRANTED. The Court enters the following order:

The Hearing in this case is rescheduled for **September 4, 2025** at **1:00** ~~am~~ / pm. The other deadlines remain in effect.

SIGNED this **21st** day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE