# UNITED STATES DISTRICT & BANKRUPTCY COURT

Southern District of Texas

United States Courts
Southern District of Texas
FILED

JUL 31 2025

Nathan Ochsner, Clerk of Court

20250717-48

Miziah Shepherd

8811Moonlight Forest Drive
Houston, TX 77081

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

---

Date: Thursday, July 17, 2025
Case Number: 4:24-cr-00565
Document Number: 88 (6 pages)
Notice Number: 20250717-48
Notice: The attached order has been entered.

---

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.




OFFICIAL BUSINESS

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208