United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | § | |
| | | § | |
| VS. | | § | CRIMINAL NO. H-25-565 |
| | | § | |
| LYNDELL LEROY PRICE | (1) | § | |

**ORDER**

Having completed an Evidentiary Hearing on the "Motion to Dismiss Indictment, or Alternative, to Suppress Evidence" of Defendant Lyndell Leroy Price, the Court finds that it will be necessary to have a copy of the transcript of the Hearing in order to give the Motion full and fair consideration.

It is, therefore, **ORDERED** that the Court Reporter **SHALL** prepare and file a copy of the transcript of the Hearing, held on September 4, 2025, on an **EXPEDITED BASIS,** at government expense by September 8, 2025, in this cause.

It is further **ORDERED** that any delay caused in the preparation of the transcript **SHALL** be excluded from computation under the Speedy Trial Act. See 18 U.S.C. § 1361(h)(1)(J).

**SIGNED** at Houston, Texas, on this the 5th day of September, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE