IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UJNITED STATES OF AMERICA, § | |
| § | |
| v.  § | C.A. No. 4:24-CR-565-S |
| § | |
| LYNDELL LEROY PRICE, § | |
| § | |
| *Defendant.* § | |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND POST-HEARING BRIEFING DEADLINES

Defendant Lyndell Price, by and through his attorney, hereby requests the Court to amend the post-hearing briefing deadlines. In support thereof, Mr. Price states as follows:

1. On September 4, 2025, an evidentiary hearing was held on Defendant's Motion to Dismiss Indictment, or Alternative, to Suppress Evidence.

2. Following the hearing, the Court ordered (1) the court reporter will produce an expedited transcript of the evidentiary hearing by Monday, September 8, 2025; (2) Defendant will submit an amended motion or a brief in support of the pending motion by Friday, September 12, 2025; and (3) the Government will respond by Friday, September 19, 2025. *See* Doc. No. 95.

3. The evidentiary hearing transcript was produced on the afternoon of September 9, 2025. *See* Doc. 98. Defense counsel needs additional time to review the transcript and finalize the post-hearing briefing. Defense counsel requests a new

1

deadline of September 15, 2025 to submit an amended motion or brief in support of the pending motion and September 22, 2025 for the Government's response.

4. Defense counsel has conferred with counsel for the Government and he indicated that the Government is unopposed to the relief sought. There have been no prior requests for amendment of this deadline and this request is not intended to delay the proceedings in this matter. If the requested extension is granted, it is not expected to affect any of the other deadlines currently set in this matter.

WHEREFORE, Defendant Lyndell Price respectfully requests that the Court grant this motion to amend the briefing deadlines.

Respectfully submitted,

/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu
State Bar No. 24081838
Federal I.D. No. 2365112
LAW OFFICE OF CHUKWUDI EGBUONU
2202 Ruth Street
Houston, Texas 77004
Phone: (713) 635-9488
Fax:    (832) 426-5792
chuck@celawoffice.com

ATTORNEY FOR LYNDELL PRICE

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted Sebastian Edwards, counsel for the United States, regarding the filing of Defendant's Motion to Amend Briefing Deadlines, as requested in this motion. Mr. Edwards indicated that the United States is unopposed to the relief requested in this motion.

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been sent via electronic mail on this the 11th day of September, 2025, to all counsel of record.

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu
