United States District Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | C.A. No. 4:24-CR-565-S |
| | § | |
| LYNDELL LEROY PRICE, | § | |
| | § | |
| *Defendant* | § | |

**ORDER GRANTING MOTION TO AMEND POST-HEARING BRIEFING DEADLINES**

On this date, the Court considered Defendant Lyndell Price's Unopposed Motion to Amend Post-Hearing Briefing. After considering the Motion, the Court finds that Defendant's Motion to Amend Post-Hearing Briefing Deadlines should be, and is hereby, **GRANTED**.

It is **ORDERED** that Defendant Lyndell Price's amended motion or brief in support of the pending motion to dismiss **SHALL** be filed by **September 15, 2025**.

It is further **ORDERED** that the United States' response **SHALL** be filed by **September 22, 2025.**

**SO ORDERED,** this 12th day of September 2025.

United States District Court Judge