

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. H-24-565 |
| MIZIAH SHEPHERD        (4) | § § | |

### NOTICE OF RE-SETTING

This case has been **RESET** for the following before Senior United States District Judge Sim Lake:

### RE-ARRAIGNMENT

| | |
|---|---|
| Date: | October 27, 2025 |
| Time: | 11:30 a.m. |
| Place: | 515 Rusk<br>Courtroom 9-B, 9th Floor<br>Houston, Texas |
| To: | All Parties of Record<br>***DEFENDANT MUST BE PRESENT*** |

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

October 23, 2025