United States Courts
Southern District of Texas
FILED

October 29, 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LYNDELL LEROY PRICE,<br><br>JOHN LEE PRICE,<br><br>ARMANI WILLIAMS,<br><br>MIZIAH SHEPHERD, and<br><br>JAVON HARRIS<br><br>        Defendants. | CASE NO. 4:24-CR-565-S<br><br><br><br>**SECOND SUPERSEDING INDICTMENT**<br><br>**18 U.S.C. § 844(n)**<br>**18 U.S.C. § 844(i)**<br>**18 U.S.C. § 1952(a)(3)**<br>**18 U.S.C. § 371**<br>**18 U.S.C. § 2**<br>**18 U.S.C. § 924(c)(1)(A)**<br>**18 U.S.C. § 922(g)(1)** |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

**(Conspiracy to Commit Arson)**

On or about June 12, 2020, in the Southern District of Texas,

**LYNDELL LEROY PRICE,**

**JOHN LEE PRICE,**

**ARMANI WILLIAMS,**

**MIZIAH SHEPHERD, and**

1

**JAVON HARRIS**

defendants herein, did knowingly and willfully conspire and agree together and with each other and with others known and unknown to the grand jury, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building used in interstate commerce, and in activities affecting interstate commerce, to wit, Bar 5015, a bar and restaurant located at 5015 Almeda Road, Houston, Texas.

### Object of the Conspiracy

It was the object of the conspiracy for the defendants, **LYNDELL LEROY PRICE**, **JOHN LEE PRICE, ARMANI WILLIAMS, MIZIAH SHEPHERD** and **JAVON HARRIS** to maliciously damage and destroy, by means of fire, Bar 5015, a bar and restaurant at 5015 Almeda Road, Houston, Texas, for their own financial gain.

### Overt Acts

In furtherance of the conspiracy, and to effect the object thereof, the defendants, **LYNDELL LEROY PRICE**, **JOHN LEE PRICE, ARMANI WILLIAMS, MIZIAH SHEPHERD**, and **JAVON HARRIS** committed one or more of the following overt acts:

1. On or between June 11 - 12, 2020, **LYNDELL LEROY PRICE,** entered into an agreement with at least one named co-conspirator to provide payment to a crew tasked with setting fire to Bar 5015.

2. In the early morning hours of June 12, 2020, **JOHN LEE PRICE, ARMANI WILLIAMS, MIZIAH SHEPHERD,** and **JAVON HARRIS** purchased gasoline, gas cans, and face coverings at a truck stop in Houston, Texas.

3. In the early morning hours of June 12, 2020, **JOHN LEE PRICE, ARMANI WILLIAMS, MIZIAH SHEPHERD**, and **JAVON HARRIS** drove to and parked near the Bar 5015 location in a black Ford Fusion.

4. In the early morning hours of June 12, 2020, **JOHN LEE PRICE, ARMANI WILLIAMS, MIZIAH SHEPHERD**, and **JAVON HARRIS** entered the deck area of Bar 5015 and poured gasoline across the deck area as well as down the entrance ramp.

5. At approximately 4:44 am on June 12, 2020, **JOHN LEE PRICE, ARMANI WILLIAMS, MIZIAH SHEPHERD**, and **JAVON HARRIS** lit a piece of paper and ignited a trail of gasoline they poured down the entrance ramp.

6. At approximately 4:47 am, on June 12, 2020, **LYNDELL LEROY PRICE** received a phone call from at least one co-conspirator advising him that the arson was complete.

7. On or about June 12, 2020, **LYNDELL LEROY PRICE** provided his co-conspirators payment for setting fire to Bar 5015.

All in violation of Title 18, United States Code, Sections 844(n) and (i).

## COUNT TWO

### (Arson)

On or about June 12, 2020, in the Southern District of Texas,

**LYNDELL LEROY PRICE,**

**JOHN LEE PRICE,**

**ARMANI WILLIAMS,**

**MIZIAH SHEPHERD, and**

**JAVON HARRIS**

defendants herein, aiding and abetting each other, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building used in interstate commerce, and in activities affecting interstate commerce, to wit, Bar 5015, a bar and restaurant located at 5015 Almeda Road, Houston, Texas.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT THREE

### (Conspiracy to Use an Interstate Facility to Commit Arson)

On or between April 20 - 23, 2020, in the Southern District of Texas,

**LYNDELL LEROY PRICE, and**

**JOHN LEE PRICE,**

defendants herein, knowingly and willfully conspired and agreed with other persons known and unknown to the grand jury, to use and cause to be used facilities in interstate commerce, namely cell phones, with the intent to promote, manage, establish, carry on and facilitate the promotion,

4

management, establishment and carrying on of an unlawful activity, that is, arson of a vehicle in violation of Texas Penal Code § 28.02(a)(2) while in the commission of auto theft in violation of Texas Penal Code § 31.03, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

## Object of the Conspiracy

It was the object of the conspiracy for the defendants, **LYNDELL LEROY PRICE**, **JOHN LEE PRICE,** and their co-conspirators to use facilities in interstate commerce with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, arson of a 1975 Chevy Nova Blue in color, TX LP#GN55-VB.

## Overt Acts

In furtherance of the conspiracy, and to effect the object thereof, the defendants, **LYNDELL LEROY PRICE and JOHN LEE PRICE**, committed one or more of the following overt acts:

8. On or between April 20 – 23, 2020, the defendants, **LYNDELL LEROY PRICE, JOHN LEE PRICE**, and their co-conspirators used facilities in interstate commerce, to wit, cellular phones to direct that a stolen 1975 Chevy Nova Blue in color, TX LP#GN55-VB, be destroyed by fire.

9. On or between April 20 – 23, 2020, the defendants, **LYNDELL LEROY PRICE, JOHN LEE PRICE**, and their co-conspirators used facilities in interstate commerce, to wit, cellular phones to coordinate the movement of a stolen 1975

Chevy Nova Blue from an auto service/repair facility to an open field where it was destroyed as a result of arson, an unlawful activity facilitated by the actions of **LYNDELL LEROY PRICE, JOHN LEE PRICE,** and their co-conspirators.

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 371.

## COUNT FOUR
## Title 18, United States Code, Section 924(c)(1)(A)
## Possession of a Firearm in Furtherance of a Drug Trafficking Crime

### *Uncharged Drug Trafficking Offense*

Beginning on an unknown date, but no later than or about October 22, 2019, and continuing through at least on or about April 11, 2022, the exact date being unknown, in the Houston Division of the Southern District of Texas, **LYNDELL LEROY PRICE,** defendant, did knowingly possess with intent to distribute and distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

### *Charged Offense Under 18 U.S.C. § Section 924(c)(1)(A)*

On or about April 7, 2022, in the Houston Division of the Southern District of Texas,

**LYNDELL LEROY PRICE**

defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States—namely knowingly and intentionally possessing with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

### Felon In Possession of a Firearm

On or about April 7, 2022, in the Houston Division of the Southern District of Texas,

**LYNDELL LEROY PRICE**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one firearm, that is, a DP-12 shotgun, serial number DP42287, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX

### Felon In Possession of a Firearm

On or about March 15, 2023, in the Houston Division of the Southern District of Texas,

**LYNDELL LEROY PRICE**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Dickinson 12-gauge shotgun, serial number 204212381, with an attached flamethrower, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

*Original Signature on File*
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: *Sebastian A. Edwards*

Sebastian A. Edwards
Keri Fuller
Assistant United States Attorneys