| USA-74-24B (Rev. 05/01) | CRIMINAL DOCKET | |
|---|---|---|

| HOUSTON DIVISION | United States Courts Southern District of Texas FILED | No. 4:24-CR-565-S |
|---|---|---|
| USAO#: 2021R03322 | | |
| SUPERSEDING INDICTMENT | Filed: *October 29, 2025* | Judge: **Lake** |
| | Nathan Ochsner, Clerk of Court | |

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA          (713) 567-9000
SEBASTIAN A. EDWARDS, AUSA     (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| Lyndell Leroy Price (Cts.1, 2, 3, 4,5,6) | ☐ | ☐ |
| John Lee Price (Cts.1, 2, 3) | ☐ | ☐ |
| Armani Deshawn Williams (Cts.1, 2) | ☐ | ☐ |
| Miziah Shepherd (Cts.1, 2) | ☐ | ☐ |
| Javon Harris (Cts.1, 2) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Ct. 1: Conspiracy to Commit Arson [18 U.S.C. §§ 844 (n) and (i)]
Ct. 2: Arson [18 U.S.C. §§ 844(i) and 2]
Ct. 3: Conspiracy to Use an Interstate Facility to Commit Arson [18 U.S.C. §§ 1952(a)(3) and 371]
Ct. 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime [ 18 U.S.C. §§924(c)(1)(A)]
Ct. 5 & 6: Felon In Possession of a Firearm [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

Charges Total Counts (6)

**PENALTY:**
Ct. 1: Not less than 5 years or more than 20 years confinement; $250K fine; three (3) years supervised release, $100 SA
Ct. 2: Not less than 5 years or more than 20 years confinement; $250K fine; three (3) years supervised release, $100 SA
Ct. 3: Not more than 60 months; $250K fine; three (3) years supervised release, $100 SA
Ct. 4: Not less than 5 years; No more than $250K fine; Not more than five (5) years supervised release, $100 SA
Cts. 5&6: Not more than 15 years; No more than $250K fine; Not more than three (3) years supervised release, $100 SA

☑ In Jail    Lyndell Leroy Price
             Miziah Shepherd

☑ On Bond   John Lee Price                    NAME & ADDRESS
            Armani Deshawn Williams           of Surety
            Javon Harris

☐ No Arrest

PROCEEDINGS: