# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:24-cr-565-1 |
| | § | |
| LYNDELL LEROY PRICE | § | |

## DEFENDANT LYNDELL PRICE'S
## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

The Defendant in the above-styled and numbered cause, Lyndell Leroy Price, by and through undersigned counsel, respectfully moves the Court for an order continuing all settings and deadlines including, the Pretrial Conference set for March 12, 2026 as well as Jury Selection and Jury Trial presently set for March 16, 2026 in this case to a trial setting in May 2026, preferably May 18, 2026. In support of this motion, Lyndell Price, would show the Court as follows:

This motion is unopposed by the government – as represented by Assistant United States Attorney Sebastian Edwards.

1. On April 8, 2025, Mr. Lyndell Price was charged by Indictment with (1) conspiracy to commit arson, in violation of 18 U.S.C. §§ 844(n) and (i) and 2 (Counts 1-2); and (2) conspiracy to use an interstate facility to commit arson, in violation of 18 U.S.C. §§ 1952(a)(3) and 371.

1

2. Mr. Lyndell Price was arrested on these charges and made his initial appearance before the Honorable Dena Palermo on April 25, 2025. Mr. Lyndell Price has been detained pending trial in this matter.

3. On October 29, 2025, the Government filed a Superseding Indictment adding three new counts against Mr. Lyndell Price. On November 21, 2025, an additional 5TB and 54GB of discovery was made available by the Government for Defense counsel. Defense counsel will need additional time before trial to review all of the additional voluminous discovery materials and discuss the same with the defendant, who will have an opportunity to also review the materials.

4. Undersigned counsel will require additional time beyond the current trial date of March 16, 2026, to review the voluminous discovery and investigate all the factual allegations of the new counts, locate and interview witnesses, conduct legal research and prepare and file pretrial motions, and prepare for trial.

5. Mr. Sebastian Edwards has further indicated that one of the Government's witnesses will be unavailable during the current trial setting because of a medical procedure and the subsequent recovery time.

For these reasons, the defense requests that the Court find:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence,

consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as counsel has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the Government has produced discovery that will require additional time to review and conduct follow-up investigation. The case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of March 16, 2026, and the new trial is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

Mr. Lyndell Price indicates that he understands the nature and amount of discovery that needs to be reviewed and the trial preparation that needs to occur and he agrees to a continuance of the trial date.

Therefore, the Defendant requests the court grant this motion for continuance of the March 16, 2026 trial setting to a May 2026 trial setting, preferably starting May 18, 2026, if the court is available, and the issuance of a new scheduling order.

Dated: February 16, 2026.

        Respectfully submitted,

        /s/ *Chukwudi Egbuonu*
        Chukwudi Egbuonu
        State Bar No. 24081838
        Federal I.D. No. 2365112
        LAW OFFICE OF CHUKWUDI EGBUONU
        2202 Ruth Street
        Houston, Texas 77004
        Phone: (713) 635-9488
        Fax:   (832) 426-5792
        chuck@celawoffice.com

        Attorney for Lyndell Price

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Sebastian Edwards, counsel for the United States, via phone and email on February 11-12, 2026 regarding the filing of Defendant's Motion for Continuance, as requested in this motion. Mr. Edwards indicated that the United States is unopposed to the relief requested and joins in this motion. I hereby certify that I contacted Ms. Monquie Sparks, Mr. Tillet Mills, and Mr. Paul Morgan, counsels for the remaining co-defendants, and they indicated that they are unopposed to the relief requested in this motion.

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2026, a true and correct copy of the foregoing document has been served upon the office of Assistant United States Attorney Sebastian Edwards and all parties of record using the ECF system which sent notification of such filing.

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu