**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:24-00565** |
| | § | |
| **JAVON HARRIS** | § | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

**TO THE HONORABLE JUDGE SIM LAKE.:**

**COMES NOW** Defendant, **JAVON HARRIS**, by and through his Attorney of Record, Tillet J. Mills II, and moves this Honorable Court to allow him to be monitored by a standalone device while remaining on bond in the above referenced cause, and would show the Court as follows:

I.

On October 2, 2025, Mr. HARRIS was released on a $15,000.00 unsecured bond. Among the conditions of his release, the Defendant was restricted to home detention, except for employment, education, medical, attorney visits, court appearances and/or obligations, etc. His travel is also restricted to Harris and contiguous counties. In the absence of placing Defendant on standalone monitoring, he would ask the Court to permit a curfew, so that he is able to work.

II.

Mr. HARRIS respectfully requests that his bond conditions be amended so that he be placed on standalone GPS monitoring in the place of home detention, so that he is

able work additional hours at his place of employment. Defendant currently works at Triz Performance Auto and Diesel, and can work shifts upwards of 16 hours a day due to the shop offering 24 hour roadside assistance; sometimes overnight, as late repair jobs are often scheduled. His proposed work schedule is attached.

III.

Mr. HARRIS has had no violations since he was placed on home detention, and he hopes to be able to expand his hours, so that he can continue to support his young child.

The Government, as well as the USPO is unopposed to this motion.

**WHEREFORE PREMISES CONSIDERED**, Defendant respectfully requests that this Unopposed Motion to Modify Conditions of Release be Granted.

Respectfully Submitted,

/s/Tillet J. Mills II
**TILLET J. MILLS II**
4101 Greenbriar, Ste. 210
Houston, Texas 77098
tillet@tilletjmills.com
OFC:  281.767.9717
Fed ID. 2800715

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Unopposed Motion to Modify Conditions of Release was electronically forwarded to AUSA Sebastian Edwards and USPO Jarrod Shaw.

Date:   March 17, 2026

/s/ Tillet J. Mills II
**TILLET J. MILLS II**

## CERTIFICATE OF CONFERENCE

This is to hereby certify that AUSA Sebastian Edwards is unopposed to this motion. USPO Jarrod Shaw is unopposed to this motion.

Date:   March 17, 2026

/s/ Tillet J. Mills II
**TILLET J. MILLS II**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:24-00565** |
| | § | |
| **JAVON HARRIS** | § | |

## ORDER

**ON THIS DAY** came on to be considered Unopposed Motion to Modify

Conditions of Release, and having been considered, said Motion is hereby:

_____        GRANTED

_____        DENIED



**HONORABLE JUDGE SIM LAKE.**