IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| VS. | | CRIMINAL NO.: 4:24-00565 |
| JAVON HARRIS | | |

## ORDER

ON THIS DAY came on to be considered Unopposed Motion to Modify Conditions of Release, and having been considered, said Motion is hereby:

_____✓_____    GRANTED

_____    ~~DENIED~~

SIGNED:  MARCH 18, 2026

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE