

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-24-565 |
| | § | |
| LYNDELL LEROY PRICE          (1) | § | |

## NOTICE OF SETTING

This case has been **SET** for the following before Senior United States District Judge Sim Lake:

### RE-ARRAIGNMENT

Date:          June 11, 2026

Time:          11:00 a.m.

Place:          515 Rusk
Courtroom 9-B, 9th Floor
Houston, Texas

To:          All Parties of Record
*DEFENDANT MUST BE PRESENT*

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

June 3, 2026