United States District Court
Southern District of Texas
ENTERED
June 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| versus | § | Criminal H-24-cr-565 (1) |
| | § | |
| LYNDELL LEROY PRICE | § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) 1ss a presentence report is ordered.

1. By July 27, 2026, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By August 10, 2026, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By August 24, 2026, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for September 25, 2026, at 2:00 p.m. (*no sooner than 35 days from initial disclosure*).

5 For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed: June 11, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: United States Probation
AUSA: Sebastian Edwards / Keri Fuller
Defense Counsel: Chukwudi Ifeanyi Egbuonu - CJA Atty f/Deft
Defendant is ☐ on bond ☑ in custody.