**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:24-cr-565-1 |
| | § | |
| LYNDELL LEROY PRICE | § | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRESENTENCE INVESTIGATION AND SENTENCING**

Defendant Lyndell Leroy Price, by and through his undersigned counsel, files this Unopposed Motion to Continue Presentence Investigation and Sentencing. In support thereof, defendant respectfully shows the following:

**I.**

On June 11, 2026, Mr. Price pled guilty to conspiracy to commit arson, in violation of Title 18, United States Code, Sections 844(n) and (i).

Sentencing in this case is currently scheduled for 2:00 p.m. on September 25, 2026.

**II.**

Counsel is requesting additional time to prepare a sentencing memorandum and gather other mitigation information. Mr. Price requests all deadlines, including the sentencing date, be continued by at least thirty (30) days.

Mr. Price seeks a continuance not simply for delay, but so that justice may be

done in accordance with his right to effective assistance of counsel.

Counsel has conferred with Assistant United States Attorneys Sebastian Edwards and Keri Fuller, and they have advised that they are unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, Lyndell Leroy Price respectfully requests this reset all deadlines, including the sentencing hearing, by at least thirty (30) days.

Dated: September 7, 2026

Respectfully submitted,

/s/ *Chukwudi Egbuonu*

Chukwudi Egbuonu
State Bar No. 24081838
Federal I.D. No. 2365112
LAW OFFICE OF CHUKWUDI EGBUONU
2202 Ruth Street
Houston, Texas 77004
Phone: (713) 635-9488
Fax: (832) 426-5792
chuck@celawoffice.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Sebastian Edwards and Keri Fuller, counsel for the United States, regarding the filing of Defendant's Motion for Continuance, as requested in this motion. Sebastian Edwards and Keri Fuller indicated that the United States is unopposed to the relief requested in this motion.

*/s/ Chukwudi Egbuonu*
Chukwudi Egbuonu

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2026, a true and correct copy of the foregoing document has been served upon the office of Assistant United States Attorney and all parties of record using the ECF system which sent notification of such filing.

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu